**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **8:11CR163** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| YURIDIA CRISANTO-ANGELITO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Yuridia Crisanto-Angelito (Crisanto-Angelito) (Filing No. 20). Crisanto-Angelito seeks thirty days in which to file pretrial motions in accordance with the progression order. Crisanto-Angelito's counsel represents Crisanto-Angelito will file an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Crisanto-Angelito's motion for an extension of time (Filing No. 20) is granted. Crisanto-Angelito is given until **on or before July 18, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the **time between June 13, 2011 and July 18, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of June, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge